IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No.: 12-cv-01436-DME-KLM

CARL GENBERG, an individual )
In representative capacity on behalf )
of the Chapter 7 Trustees of Debtors )
Ceragenix Pharmaceuticals, Inc. )
and Ceragenix Corporation, )
)
    Plaintiff, )
)
vs. )
)
MARC REDLICH, ESQ., an individual )
)
    Defendant. )

---

## NOTICE OF DISMISSAL
---

PLEASE TAKE NOTE:

    Plaintiff Carl Genberg, an individual in representative capacity on behalf of the Chapter 7 Trustees of Debtors Ceragenix Pharmaceuticals, Inc. and Ceragenix Corporation, hereby dismisses without prejudice his claim for legal malpractice against Defendant Marc Redlich, Esq. in this action.

DATED: June 15, 2012

                                        GARLIN DRISCOLL LLC

                          By:  */s/ Kenneth R. Morris/*
                                  Kenneth R. Morris, #36169
                                  Garlin Driscoll LLC
                                  245 Century Circle, Suite 101
                                  Louisville, CO 80027
                                  Tel: (303) 926-4222
                                  Fax: (303) 926-4224
                                  E-mail: kmorris@garlindriscoll.com

                                  *Attorneys for Plaintiff Carl Genberg in representative capacity on behalf of the Chapter 7 Trustees for Ceragenix Pharmaceuticals, Inc. and Ceragenix Corporation*