# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01436-DME-KLM

CARL GENBERG, an individual in representative capacity on behalf of the Chapter 7 Trustees of Debtors Ceragenix Pharmaceuticals, Inc. and Ceragenix Corporation,

    Plaintiff,

v.

MARC REDLICH, ESQ., an individual,

    Defendant.

## ORDER

THIS MATTER COMES BEFORE the Court on the Plaintiff's Notice of Dismissal [Doc. No. 6].

IT IS HEREBY ORDERED THAT this civil action is dismissed without prejudice, each party to pay its own costs and attorneys' fees.

DONE AND SIGNED this   15th   day of   June  , 2012.

BY THE COURT:

*s/ David M. Ebel*

U. S. Circuit Court Judge